IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Cr. No. CR 06 116S |
| vs. | ) | In violation of 21 U.S.C. |
| | ) | §§ 841(a)(1) and (b)(1)(B)(iii) |
| | ) | and 18 U.S.C. §§ 922(g)(1) and |
| | ) | (e)(1) |
| JOHN L. KIMBROUGH | ) | |
| a/k/a "Country" | ) | |

FILED
NOV - 1 2006
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

INDICTMENT

The Grand Jury charges that:

COUNT I

On or about March 23, 2006, in the District of Rhode Island, the defendant, JOHN L. KIMBROUGH, did knowingly and intentionally possess with intent to distribute and distribute, 5 grams or more of a mixture and substance containing a detectable amount of cocaine base, a Schedule II Controlled Substance,

All in violation of 21 U.S.C. §§841(a)(1) and (b)(1)(B)(iii).

COUNT II

On or about May 12, 2006, in the District of Rhode Island, the defendant, JOHN L. KIMBROUGH, who was previously convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly and intentionally possess a firearm, that is, a .25 caliber pistol, serial number 6465, in and affecting interstate and foreign commerce.

All in violation of 18 U.S.C. §§ 922(g)(1) and 924(e).

FORFEITURE ALLEGATION

Upon conviction of the offense alleged in Count II of this Indictment, the defendant, JOHN L. KIMBROUGH, shall forfeit to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), the firearm identified in Count II of the Indictment.

A TRUE BILL:

REDACTED

ROBERT CLARK CORRENTE
UNITED STATES ATTORNEY

RICHARD W. ROSE
Assistant U.S. Attorney

MARY E. ROGERS
Assistant U.S. Attorney

Date: 11/1/06