AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF RI

U.S.
v.
John Kimbrough

**APPEARANCE**

Case Number: CR 06-116 S

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

John Kimbrough

I certify that I am admitted to practice in this court.

11-2-06
Date

Signature

Edward C. Roy Jr.
Print Name Bar Number

10 Weybosset Street, Ste. 300
Address

Providence, RI 02903
City State Zip Code

401-528-4281 401-528-4285
Phone Number Fax Number