IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| V. | : | CR. No. 06-116-S |
| | : | |
| | : | In violation of 18 U.S.C. |
| | : | § 924(e)(1) |
| JOHN L. KIMBROUGH | : | |

**INFORMATION CHARGING PRIOR OFFENSES**

I, Robert Clark Corrente, United States Attorney for the District of Rhode Island, do accuse the defendant, JOHN L. KIMBROUGH, who was charged by the United States Grand Jury in the District of Rhode Island on the 1st day of November 2006, with possession of a firearm after conviction of a crime punishable by imprisonment for a term exceeding one year in violation of 18 U.S.C. § 922(g)(1), of having been previously convicted of serious drug offenses as described below:

1. On or about August 16, 1988, JOHN L. KIMBROUGH. was convicted in Providence County (Rhode Island) Superior Court (case number P2/1988-3477A) of manufacture or delivery of a Schedule I or II controlled substance, a serious drug offense, punishable by imprisonment for a term exceeding ten years, and was sentenced to a term of imprisonment of five years, with 18 months to serve and 3½ years suspended, and was placed on probation for 3½ years.

2. On or about December 24, 1991, JOHN L. KIMBROUGH, was convicted in Providence County (Rhode Island) Superior Court (case number P2913668A) of possession with intent to deliver cocaine, a Schedule I or II controlled substance, a serious drug offense, punishable by imprisonment for a term exceeding ten years, and was sentenced to a term of imprisonment of eight years, with 18 months to serve and six years and six months suspended, and was placed on probation for six years and six months.

3. On or about July 15, 2002, JOHN L. KIMBROUGH, was convicted in Providence County (Rhode Island) Superior Court (case number P2-2001-2776A) of one count of manufacture or delivery of a schedule I or II controlled substance, a serious drug offense, punishable by imprisonment for a term exceeding ten years, and was sentenced to a term of imprisonment of ten years, with 18 months to serve and 102 months suspended, and was placed on probation for 102 months.

WHEREFORE, the United States of America gives notice under 18 U.S.C. § 924(e)(1) that defendant, JOHN L. KIMBROUGH, has three previous convictions for serious drug offenses and therefore is subject to a fine of not more than two hundred fifty thousand

dollars ($250,000) and a term of imprisonment of not less than fifteen (15) years, and such sentence shall not be suspended.

Respectfully submitted,

UNITED STATES OF AMERICA
By its Attorneys,

ROBERT CLARK CORRENTE
United States Attorney

/s/Richard W. Rose
RICHARD W. ROSE
Assistant U.S. Attorney
United States Attorneys Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
(401) 709-5000
(401) 709-5001 (fax)
E-mail: richard.rose@usdoj.gov

**CERTIFICATE OF SERVICE**

I the undersigned on this day of November, 2006 caused the within Government's Information Charging Prior Offenses to be electronically filed with the United States District Court for the District of Rhode Island, using the CM/ECF system. The following participant has received notice electronically:

Edward C. Roy, Esq.
Federal Public Defender
10 Weybosset Street, Suite 300
Providence, Rhode Island 02903

/s/Richard W. Rose
RICHARD W. ROSE
Assistant U.S. Attorney
United States Attorneys Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
(401) 709-5000
(401) 709-5001 (fax)
E-mail: richard.rose@usdoj.gov