UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| vs. | : | CR No. 06-116 - S |
| JOHN KIMBROUGH | : | |

**MOTION TO CONTINUE**

NOW comes the defendant, through counsel, and moves to continue this matter until the Court's March of 2007 trial calendar. The grounds for this continuance are that this case involves videotaped transactions which subject the defendant to a potential sentence as an armed career criminal under 18 U.S.C. § 924(e). Defense counsel requests additional time to review with the defendant whether the convictions qualify under the armed career criminal act.

Pursuant to the provisions of 18 U.S.C. § 3161(h)(8)(A), the interests of justice are served by the granting of this request as the need for the investigation of the defendant's claims as outlined herein outweigh the interests of the defendant and the government in a speedy trial.

JOHN KIMBROUGH,
By his attorney,

/s/ Edward C. Roy, Esquire
Assistant Federal Public Defender
10 Weybosset Street, Suite 300
Providence, RI 02903
(401) 528 - 4281 (401) 528-4285 Fax
Edward_Roy@fd.org

**CERTIFICATION**

I hereby certify that I forwarded a copy of the within to Zechariah Chafee, by way of ECF electronic case filing on January 23, 2006.

/s/ Edward C. Roy, Esquire