**IN THE DISTRICT COURT OF THE UNITED STATES**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| vs. | : | CR. No. 06-116S |
| | : | |
| JOHN KIMBROUGH | : | |

**GOVERNMENT'S MOTION TO CONTINUE EMPANELMENT**

The United States of America, by and through its undersigned attorneys, respectfully moves, on the following grounds, to continue the empanelment of this case until the April 2007 calendar:

1. The Assistant United States Attorney prosecuting this case, Richard W. Rose, has accepted a six-month detail to the Eastern District of Louisiana to assist that District in responding to the sharp increase in crime in the wake of Hurricane Katrina. A.U.S.A. Rose is expected to leave for New Orleans on or about March 1, 2007.

2. The undersigned received the *Kimrough* file this afternoon. Due to my heavy workload, additional time is requested to prepare for trial.

3. In reviewing the file, it appears that an error was made on Count One of the indictment, which charges the defendant with distributing cocaine-base on or about *March 23, 2006*. The correct date for this count is *April 3, 2006*. To correct this error, the United States will need to present a superseding indictment to a grand jury.

4. I have spoken with the lead agent in this investigation, Task Force Officer Dennis Smith. Task Force Officer Smith has advised me that he is scheduled to attend a conference in New Orleans, Louisiana during the week of March 5, 2007. The purpose of this conference is to present Task Force Officer Smith and other local officials with an award for their work in a recent high-profile narcotics investigation.

5. Edward C. Roy, Jr., counsel for the defendant, has advised that he has no objection to continuing the empanelment of this case to the April 2007 calendar.

For all of the foregoing reasons, the United States respectfully requests that empanelment of this case be continued until the April 2007 calendar.

Respectfully submitted,

UNITED STATES OF AMERICA

By its Attorneys,

ROBERT CLARK CORRENTE
United States Attorney

/s/ Lee H. Vilker
LEE H. VILKER
Assistant U.S. Attorney
United States Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
(401)709-5000
(401)709-5000(fax)
Lee.vilker@usdoj.gov

## CERTIFICATE OF SERVICE

In hereby certify that on the 22nd day of February, 2007, I caused a copy of the within Government's Motion, to be delivered by electronic filing to the following:

Edward C. Roy, Jr., Esq.
Assistant Federal Public Defender
10 Weybosset Street
Suite 300
Providence, R.I. 02903

/s/ Lee H. Vilker
LEE H. VILKER
Assistant United States Attorney
United States Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
(401)709-5000
(401)709-5000(fax)
Lee.vilker@usdoj.gov