UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA )
V. ) 06-116-S
JOHN KIMBROUGH )
)

REQUEST OF NEW APPOINTED COUNSEL DUE
TO CONFLICT OF INTEREST

THE defendant,John Kimbrough request the appointment of new counsel due to the conflict and lack of communication with Edward C. Roy.

To began,last month I sent a letter to the Clerk of the Court explaining the lack of paper work or discovery that I have yet to receive. A week later I received a letter from Mr. Roy with some documents in it,but it contained none of the documents I asked him for. In the letter I sent to him I asked for my complete discovery package including police affidavits,search warrant, or any other material involved. I also asked him to file certain motions which hasn't been done. He wrote back to me stating that there was never any police affidavits or narratives or search warrant,when the fact is the officers did search the house the day I was arrested. I believe the search of someones home w/o a warrant is illegal.I recently found through my girlfriend that there was a warrant w/o the name of a suspect. I would also like to know if this is the only case that there are no reports on investigation and proper procedure. It seems the informant acted as local or federal agents w/o discovery to prove otherwise. The paper work I do have is very limited and it doesn't mention a leading agency.

I asked Mr. Roy to argue for a continuance of my trial date due to these trial issues and it hasn't been done. I also asked him to file an evidentiary hearing motion which has not been done. On 2-21-07 I phoned Mr. Roy inquiring of the paperwork and he said he is not my slave and he has nothing

for me. I believe the attorney client relationship has broken down.

Finally, my alleged criminal history and possible enhancements is questionable and that has not been challenged. I haven't seen any characteristic information on the informant.

For the above reasons I ask the Court for the postponement of the trial date and reappoint of counsel

Defendant

John Kimbrough