**IN THE DISTRICT COURT OF THE UNITED STATES**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| vs. | : | CR. No. 06-116S |
| | : | |
| JOHN KIMBROUGH | : | |

## GOVERNMENT'S MOTION TO DISMISS INFORMATION CHARGING PRIOR OFFENSES

The United States of America, by and through its undersigned attorneys, respectfully moves, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, to dismiss the Information Charging Prior Offenses, in violation of 18 U.S.C. § 924(e)(1), that was filed against defendant JOHN KIMBROUGH on November 22, 2006. The United States moves to dismiss this Sentencing Enhancement Information on the grounds that it has agreed to seek dismissal of this Information in the plea agreement executed by the parties and that the United States believes that dismissal of this Information will serve the interests of justice.

Respectfully submitted,

UNITED STATES OF AMERICA

By its Attorneys,

ROBERT CLARK CORRENTE
United States Attorney

/s/ Lee H. Vilker
LEE H. VILKER
Assistant U.S. Attorney
U.S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
Tel:(401)709-5000
Fax:(401)709-5001
lee.vilker@usdoj.gov

**CERTIFICATE OF SERVICE**

In hereby certify that on the 3rd day of May, 2007, a copy of the within Government's Motion, was delivered by electronic filing to the following:

Edward C. Roy, Jr., Esq.
Assistant Federal Public Defender
10 Weybosset Street
Suite 300
Providence, R.I. 02903

/s/ Lee H. Vilker

LEE H. VILKER
Assistant U.S. Attorney
U.S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
Tel:(401)709-5000
Fax:(401)709-5001
lee.vilker@usdoj.gov