UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA :

vs. : CR No. 06-116 S

JOHN KIMBROUGH :

DEFENDANT'S REDACTED SENTENCING MEMORANDUM

NOW comes the defendant, John Kimbrough and files this Sentencing Memorandum.

1. Defendant's History And Characteristics

JOHN KIMBROUGH,
By his attorney,

/s/ Edward C. Roy, Esquire
EDWARD C. ROY, ESQUIRE
Assistant Federal Public Defender
10 Weybosset Street, Suite 300
Providence, RI 02903
(401) 528-4281 (401) 528-4285 fax

CERTIFICATION

I hereby certify that I served a copy of the within on Lee S. Vilker, AUSA on the 22nd day of May, 2007 by way of electronic notification.

/s/ Edward C. Roy, Esquire