RECEIVED

NOV 01 2007

Property of U.S. District Court
District of Rhode Island

OCT 27, 2007

Time. 1:35 pm

DEAR CLERK,

I AM THE PETITIONER No: 1:06 CR 0016-01 S

I HAVE A PENDING MOTION FOR MODIFICATION OF SENTENCE PURSUANT TO 18 USC 3582(C)(2)!

I AM RESPECTFULLY REQUESTING THAT THIS DOCUMENT IS ACCEPTED AS A MOTION TO HOLD THE 3582(c)(2) MOTION IN ABEYANCE PENDING THE NOVEMBER 13, 2007 PUBLIC COMMENT DEADLINE!

RESPECTFULLY

John Kimbrough

JOHN KIMBROUGH