**IN THE DISTRICT COURT OF THE UNITED STATES**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| vs. | : | CR. No. 06-116S |
| | : | |
| JOHN KIMBROUGH | : | |

# GOVERNMENT'S MOTION TO CONTINUE ITS RESPONSE TO DEFENDANT'S MOTION TO VACATE SENTENCE

The United States of America, by and through its undersigned attorneys, Robert Clark Corrente, United States Attorney, and Lee H. Vilker, Assistant United States Attorney, hereby requests a 30 day extension to file a response to defendant's motion to vacate sentence on the ground that the United States need to first obtain the transcript of the sentencing hearing in order to prepare a response.

Respectfully submitted,

UNITED STATES OF AMERICA

By its Attorneys,

ROBERT CLARK CORRENTE
United States Attorney

/s/LEE H. VILKER
Assistant U.S. Attorney
U.S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
Tel (401) 709-5000
Fax (401) 709-5001
Lee.vilker@us.doj.gov

**CERTIFICATE OF SERVICE**

On March 7, 2008, I caused the within "Government's Motion to Continue Its Response to Defendant's Motion to Vacate Sentence" to be mailed via regular mail postage prepaid to:

John Kimbrough
Reg. No. 03937-070
FCI Allenwood
P.O. Box 2000
White Deer, PA 17887

/s/ LEE H. VILKER
Assistant U. S. Attorney
U.S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
Tel (401) 709-5000
Fax (401) 709-5001
Lee.vilker@usdoj.gov