DEAR CLERK,

PLEASE BE ADVISED THAT I AM THE PETITIONER IN CASE NO: 1:06 CR 00116-01S.

I AM RESPECTFULLY REQUESTING THAT THE HONORABLE COURT ACCEPT THIS DOCUMENT AS A 'MOTION TO SUPPLEMENT THE 28 U.S.C. § 2255.' (THIS WILL BE A FINAL SUPPLEMENTAL ISSUE.)

ISSUE I.

THE COURT ERRED IN TREATING THE "CRACK COCAINE" GUIDELINES AS MANDATORY PURSUANT TO THE 100 TO 1 RATIO, WHICH INCREASED THE PENALTY.

THE PETITIONER IS FULLY AWARE THAT HE RECIEVED AN 'OUTSIDE OF THE GUIDELINES' SENTENCE BASED UPON FACTORS (LEARNING DISABILITY) OTHER THAN THE MANDATORY 100 TO 1 RATIO FOR COCAINE BASE, WHICH IS ADVISORY POST-BOOKER, IN ADDITION TO CONSTITUTING A HARSH PENALTY IN LIGHT OF

THE U.S. SENTENCING COMMISSION'S CONTINUOUS REPORTS AND EFFORTS TO PROVIDE RELIEF FROM THE SENTENCING DISPARITY RELATED TO THE CRACK VERSUS COCAINE POWDER DISPARITY ALTHOUGH IT'S THE SAME DRUG.

THE PETITIONER WAS CLASSIFIED AS A CAREER OFFENDER, WHICH PUNISHES HIM IN A MANDATORY FASHION GIVING HIM AN INCREASE IN BOTH, HIS BASE OFFENSE LEVEL AND CRIMINAL HISTORY CATEGORY IN CONJUNCTION WITH THE 100 TO 1 CRACK RATIO RESULTS INTO BEING A SEVERE INCREASE IN HIS 'OTHERWISE APPLICABLE PENALTY RANGE FOR THE OFFENSE ALONE' WARRANTING A DOWNWARD DEPARTURE IN HIS CATEGORY AND BASE OFFENSE LEVEL, WHICH WOULD SATISFY THE OVERARCHING PROVISIONS OF 18 U.S.C. § 3553(a) AND GALL, WHICH DIRECTS JUDGES TO ISSUE PUNISHMENT THAT "SUFFICIENT, BUT NOT MORE THAN NECESSARY."

DISTRICT OF RHODE ISLAND
U.S. DISTRICT COURT
2008 APR 22 A 9:32

RESPECTFULLY,

19 APRIL 2008

[signature] PRO SE
JOHN KIMBROUGH

PROOF OF SERVICE

I, JOHN KIMBROUGH, HEREBY CERTIFIES PURSUANT TO THE PENALTIES OF PERJURY THAT I HAVE MAILED A COPY OF THIS DOCUMENT TO THE AUSA, OFFICE OF THE U.S. ATTORNEY FOR THE DISTRICT OF RHODE ISLAND, 19 APRIL 2008

[signature]
JOHN KIMBROUGH