UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| vs. | : | Cr No. 06-116 S |
| JOHN KIMBROUGH | : | |

MOTION FOR APPOINTMENT OF COUNSEL

NOW comes the undersigned, Edward C. Roy, Jr., Esquire, Assistant Federal Public Defender, and moves that this court appoint counsel from the court's CJA Panel to represent Mr. Kimbrough in connection with the petition that he has filed under 28 U.S.C. § 2255. Since Mr. Kimbrough has filed a claim of ineffective assistance of counsel, there is a conflict that would prevent him from representing Mr. Kimbrough in that matter.

John Kimbrough,
By his attorney,

/s/ Edward C. Roy, Esquire
Assistant Federal Public Defender
10 Weybosset Street, Suite 300
Providence, RI 02903
(401) 528-4281
Edward_Roy@fd.org

CERTIFICATION

I hereby certify that I caused a copy of the within to be served upon Lee Vilker, AUSA by way of ECF case filing and upon the defendant, John Kimbrough, by mail at the following address: Reg. No. 03937-070, FCI Allenwood, P.O. Box 2000, White Deer, PA 17887 on the 29th day of April, 2008.

/s/ Edward C. Roy, Esquire